## TUXIS OHR'S FUEL, INC. *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 739 (AC 31464), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court upholding an administrative construction of General Statutes § 31-236 (a) (14) pursuant to which the employer was held liable for unemployment benefits for an employee truck driver who lost his driver's license for driving while intoxicated?"

HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18791.

*Vincent T. McManus, Jr.,* in support of the petition.

*Krista Dotson O'Brien,* assistant attorney general, in opposition.

Decided May 19, 2011